FILED
CLERK, U.S. DISTRICT COURT

MAR 19 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JAMIE DANIEL CID,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, MULE CREEK STATE PRISON,<br><br>　　　　Respondent. | No. CV 07-2074-ABC (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation. The Court agrees with the recommendations of the magistrate judge.

　　ACCORDINGLY, IT IS ORDERED:

　　1.　The report and recommendation is adopted.

　　2.　Respondent's Motion to Dismiss is granted.

　　3.　Judgment shall be entered consistent with this order.

　　4.　The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: 3/18/08

HONORABLE AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE